UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS ERNEST CRESSMAN,  )<br>    Petitioner, )<br>)<br>-v- )<br>)<br>SHIRLEE HARRY, )<br>    Respondent. )<br>_____) | No. 1:17-cv-793<br><br>Honorable Paul L. Maloney |

## JUDGMENT

Having denied Cressman's petition for habeas relief, there are no remaining matters.

Accordingly, **JUDGEMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: August 23, 2018         /s/ Paul L. Maloney
                       Paul L. Maloney
                       United States District Judge